# First District Court of Appeal
## State of Florida

_____

No. 1D2024-3276

_____

LORENZO COLEMAN JR.,

Appellant,

v.

SOUTHERN HOMES OF POLK
COUNTY, INC.; ANNE HOUGH;
and LOGAN LOFTUS,

Appellees.

_____

On appeal from the Commission on Human Relations.
Angela Primiano, Panel Chairperson.

April 15, 2026

PER CURIAM.

AFFIRMED.

RAY, WINOKUR, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Lorenzo Coleman, Jr., pro se, Appellant.

Gregory A. Hearing and Frank E. Brown of Bush Graziano Rice & Hearing, P.A., Tampa, for Appellees.